IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID GOODSTEIN, | : : : | |
| Plaintiffs | : : | |
| v. | : : | Civil Action No. 07-cv-1491 Judge Brody |
| KAPLAN, INC., and THE WASHINGTON POST COMPANY, | : : : | |
| Defendants | : | |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the July 15, 2011 Settlement Agreement among the United States, Kaplan, Inc., and the Washington Post Company (Defendants), and Relator David Goodstein (the "Settlement Agreement"), the Parties hereby stipulate, through their undersigned counsel, that this Civil Action be dismissed with prejudice.

FOR THE UNITED STATES OF AMERICA:

ZANE DAVID MEMEGER
United States Attorney

Dated: 8/9/2012

MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

FOR RELATOR DAVID GOODSTEIN:

Dated: 8/9/2012

_____
MICHAEL J. SALMANSON
Salmanson Goldshaw, P.C.
Two Penn Center
1500 John F. Kennedy Blvd., Suite 1230
Philadelphia, PA 19102


FOR DEFENDANTS KAPLAN, INC., and
THE WASHINGTON POST COMPANY

Dated:

_____
JOSEPH G. POLUKA
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103


APPROVED AND
SO ORDERD BY THE COURT:


_____
HONORABLE ANITA B. BRODAY
*Judge, United States District Court*

FOR RELATOR DAVID GOODSTEIN:

Dated: _____

_____
MICHAEL J. SALMANSON
Salmanson Goldshaw, P.C.
Two Penn Center
1500 John F. Kennedy Blvd., Suite 1230
Philadelphia, PA 19102


FOR DEFENDANTS KAPLAN, INC., and
THE WASHINGTON POST COMPANY

Dated: 8/9/12

*/s/ Joseph C. Poluka*
_____
JOSEPH G. POLUKA
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103


APPROVED AND
SO ORDERD BY THE COURT:

_____
HONORABLE ANITA B. BRODAY
*Judge, United States District Court*